10-1697-cv
Scaccia v. Stamp

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of January, two thousand twelve.

PRESENT:
>        DENNIS JACOBS,
>                *Chief Judge,*
>        PIERRE N. LEVAL,
>        DEBRA ANN LIVINGSTON,
>                *Circuit Judges.*

_____

Brian Scaccia,
>        *Plaintiff-Appellant,*

>        -v.-                                                                10-1697-cv

Nancy Stamp, *et al.*,
>        *Defendants-Appellees.*

_____


FOR APPELLANT:         Brian Scaccia, *pro se*, Davis, California.

FOR APPELLEES:         Barbara D. Underwood, Solicitor General, Denise A. Hartman, Laura Etlinger, Assistant Solicitors General, *for* Eric T. Schneiderman, Attorney General of the State of New York, Albany, New York.

**UPON DUE CONSIDERATION**, it is hereby **ORDERED**, **ADJUDGED**, **AND DECREED** that the district court judgment is **AFFIRMED**.

Brian Scaccia, *pro se*, appeals from a final judgment of the United States District Court for the Northern District of New York (Mordue, <u>C.J.</u>). Scaccia challenges rulings made by the court throughout eleven years of litigation, including adverse rulings on discovery motions, a motion for judgment on the pleadings, and a motion for summary judgment. We assume the parties' familiarity with the underlying facts and the procedural history of the case.

Scaccia challenges the district court's (and magistrate judge's) rulings on a series of discovery applications. We review discovery rulings for abuse of discretion. *See Goetz v. Crosson*, 41 F.3d 800, 805 (2d Cir. 1994) (discovery rulings will be reversed only if "the action taken was improvident and affected the substantial rights of the parties" (internal quotation marks omitted)). After having reviewed Scaccia's arguments, we find no such abuse of discretion in the district court's resolution of the repeated discovery applications made by Scaccia.

Scaccia also challenges the district court's (1) partial grant of judgment on the pleadings in favor of defendants and (2) grant of summary judgment in favor of defendants on the remaining claims. We review the grant of a summary judgment *de novo*, examining whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). We similarly review *de novo* the district court's partial grant of judgment on the pleadings. *See Zherka v. Amicone*, 634 F.3d 642, 644 n.4 (2d Cir. 2011). After having reviewed Scaccia's contentions on appeal and the record of the proceedings

below, we affirm for substantially the reasons stated by the district court in its thorough opinions.

We have considered Scaccia's remaining arguments and find them to be without merit.

Accordingly, the judgment of the district court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk